BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
FERDEZA ZEKIRI (335507)
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

*Attorneys for Plaintiff*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN O'DELL,<br><br>  Plaintiff,<br><br>v.<br><br>PACWEST BANCORP., TANYA M. ACKER, PAUL R. BURKE, CRAIG A. CARLSON, JOHN M. EGGEMEYER, C. WILLIAM HOSLER, POLLY B. JESSEN, SUSAN E. LESTER, ROGER H. MOLVAR, STEPHANIE B. MUDICK, PAUL W. TAYLOR, and MATTHEW P. WAGNER,<br><br>  Defendants. | Case No. 3:23-cv-02089-BEN-DDL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Ryan O'Dell ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: December 5, 2023

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: */s/ Betsy C. Manifold*
BETSY C. MANIFOLD

RACHELE R. BYRD
ALEX J. TRAMONTANO
FERDEZA ZEKIRI
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com
zekiri@whafh.com

Benjamin Y. Kaufman
Rourke C. Donahue
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: 212/545-4620
kaufman@whafh.com
donahue@whafh.com

*Attorneys for Plaintiff*